EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00318 SOM |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | Count 1: 21 U.S.C. § 841(a)(1) |
| JOSHUA K. YOSHIMURA, | ) | Count 2: 26 U.S.C. §§ 5845(a)(1) and 5861(d) |
| Defendant. | ) | Count 3: 18 U.S.C. §§ 922(g)(3) and 924(a)(2) |

## INDICTMENT

### COUNT 1
(21 U.S.C. §§ 841(a)(1))

The Grand Jury charges:

On or about May 19, 2003, in the District of Hawaii, defendant JOSHUA K. YOSHIMURA did knowingly and intentionally possess with intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 2**
(26 U.S.C. § 5845(a)(1) and 5861(d))

The Grand Jury further charges that:

On or about May 16, 2003, or May 17, 2003, in the District of Hawaii, the defendant JOSHUA K. YOSHIMURA did knowingly possess a firearm as that term is defined in Title 26, United States Code, Section 5845(a)(1), to wit, a Harrington & Richardson, model no. 088, .20 gauge shotgun, bearing serial number BA417452, and having a barrel of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5845(a)(1) and 5861(d).

**COUNT 3**
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about May 16, 2003, or May 17, 2003, in the District of Hawaii, the defendant JOSHUA K. YOSHIMURA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm and ammunition, to wit, a .20 gauge short-barreled shotgun, model no. 088, bearing serial number BA417452, manufactured by Harrington & Richardson in Massachusetts and one round of .20 gauge ammunition manufactured by Winchester in Illinois.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: June 18, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. JOSHUA K. YOSHIMURA
Cr. No.          (Indictment)