EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 5 2003

at __11__ o'clock and __30__ min. __A__ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00318 SOM |
|---|---|---|
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| vs. | ) | Count 1: 21 U.S.C. § 841(a)(1) |
| JOSHUA K. YOSHIMURA, | ) | Count 2: 18 U.S.C. §§ 2(a), 26 U.S.C. §§ 5845(a)(1), 5861(d) |
| Defendant. | ) | |

**FIRST SUPERSEDING INDICTMENT**

**COUNT 1**
(21 U.S.C. §§ 841(a)(1))

The Grand Jury charges:

On or about May 19, 2003, in the District of Hawaii, defendant JOSHUA K. YOSHIMURA did knowingly and intentionally possess with intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 2**
(18 U.S.C. § 2(a), 26 U.S.C. §§ 5845(a)(1), 5861(d))

The Grand Jury further charges that:

On or about May 17, 2003, in the District of Hawaii, the defendant JOSHUA K. YOSHIMURA did knowingly counsel, command, and procure the commission of an offense against the United States, that is, the illegal possession of a firearm in violation of Title 26, United States Code, Sections 5845(a)(1) and 5861(d), to wit, the possession by J.K. of a Harrington & Richardson, model no. 088, .20 gauge shotgun, bearing serial number BA417452, and having a barrel of less than 18 inches in length, which was not registered as required in the National Firearms Registration and Transfer Record.

All in violation of Title 18, United States Code, Section 2(a) and Title 26, United States Code, Sections 5845(a)(1) and 5861(d).

DATED: June 25, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. JOSHUA K. YOSHIMURA
Cr. No. 03-00318 SOM (First Superseding Indictment)