# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00318SOM |
| CASE NAME: | UNITED STATES OF AMERICA v. JOSHUA K. YOSHIMURA |
| ATTYS FOR PLA: | Darren W.K. Ching, AUSA |
| ATTYS FOR DEFT: | Loretta A. Faymonville, AFPD for Pamela J. Byrne, AFPD |
| U.S.P.O.: | Kevin S. Teruya |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | December 28, 2007 | TIME: | 9:45 - 10:10 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

Defendant is present in custody.

The defendant admitted to Violation Nos. 1 and 2.
The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked is **CONTINUED** to January 7, 2008 at 9:00 a.m.

The defendant is remanded to the custody of the USMS.

   Submitted by: Mary Rose Feria, Courtroom Manager