# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00318SOM |
| CASE NAME: | UNITED STATES OF AMERICA v. JOSHUA K. YOSHIMURA |
| ATTYS FOR PLA: | Darren W.K. Ching, AUSA |
| ATTYS FOR DEFT: | Loretta A. Faymonville, AFPD for Pamela J. Byrne, AFPD |
| U.S.P.O.: | Kevin S. Teruya |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | December 28, 2007 | TIME: | 2:20 - 2:45 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

Defendant is present in custody.

In reference to Violation No 2., defense counsel informs the Court that the defendant did have Vicodin prescribed to him.

The defendant withdraws his admission to Violation No. 2.

USPO Kevin Teruya shall file an Amended Request For Course of Action as to Violation No. 2 on or before January 4, 2008.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked is **CONTINUED** to January 7, 2008 at 9:00 a.m.

The defendant is remanded to the custody of the USMS.

Submitted by: Mary Rose Feria, Courtroom Manager