# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00318SOM |
| CASE NAME: | USA vs. Joshua Yoshimura |
| ATTYS FOR PLA: | Darren Ching<br>Kevin Teruya (USPO) |
| ATTYS FOR DEFT: | Loretta Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/7/2008 | TIME: | 9:00 - 9:50 |

COURT ACTION:  EP: Continued Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Joshua Yoshimura present and in custody.

Defendant previously admitted to violation no. 1.

Defendant admits to violation nos. 2 and 3.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

Court stated a proposed sentence.

Discussion held re: staying of mittimus, and monitoring of defendant while on release.

This hearing is continued to 5/5/08 @ 2:15 p.m.

Court orders that the defendant be released today.

The USPO to monitor the defendant while on release.

Defendant to be released on the same conditions previously imposed with the following additional conditions:

\>    That the defendant shall inform his probation officer of all physicians and dentists that he has contact with and all prescriptions associated with the offender whether in his name or another person.

\>    That the defendant must remain in his electrician apprenticeship program. If there is any change in his status as a student or in the program schedule for the spring 2008 semester, he must notify the Probation Officer within 27 hours.

USPO to prepare the modification of conditions form.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.