ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSHUA K. YOSHIMURA, )<br>)<br>Defendant. )<br>_____) | DOCKET NO. CR 03-00318SOM-01<br><br>ORDER MODIFYING CONDITIONS<br>OF SUPERVISED RELEASE |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2008

at 11 o'clock and 05 min. ___ M.
SUE BEITIA, CLERK

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On January 7, 2008, the Court held a further hearing in the above-captioned case, pursuant to Requests for Course of Action, filed by the U.S. Probation Office on December 13, 2007 and January 2, 2008. The following individuals were present before the Court: Assistant United States Attorney Darren Ching, appearing on behalf of the government; Assistant Federal Public Defender Loretta A. Faymonville, appearing on behalf of Defendant Joshua K. Yoshimura (hereinafter "the defendant"), who was also present pursuant to an order to appear that had been issued by the Court on December 28, 2007; and Kevin S. Teruya, U.S. Probation Officer. During the hearing, it was noted that the defendant previously admitted to Violation No. 1 and admitted to Violation Nos. 2 and 3. The Court found that there was sufficient evidence to support the violations and the defendant has not met the conditions of supervision. Supervised release was revoked and the Court stated a proposed sentence.

IT IS HEREBY ORDERED that the defendant be released on the same conditions previously imposed with the following additional conditions:

That the defendant shall inform his probation officer of all physicians and dentists that he has contact with and all prescriptions associated with the offender whether in his name or another person.

That the defendant must remain in his electrician apprenticeship program. If there is any change in his status as a student or in the program schedule for the Spring 2008 semester, he must notify the Probation Officer within 72 hours.

Defendant remanded to the custody of the U.S. Marshals Service and Court ordered that the defendant be released on January 7, 2008. The U.S. Probation Office to monitor the defendant while on release. Hearing is continued to May 5, 2008, at 2:15 p.m.

Dated: January 31, 2008, at Honolulu, Hawaii.

SUSAN OKI MOLLWAY
U.S. District Judge