# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00318SOM |
| CASE NAME: | USA vs. Joshua Yoshimura |
| ATTYS FOR PLA: | Darren Ching |
| | Kevin Teruya (USPO) |
| ATTYS FOR DEFT: | Pamela Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 4/14/2008 | TIME: | 3:45 - 4:10 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Joshua Yoshimura present.

Discussion held.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: 100 Days with credit for the 18 days previously served.

Supervised Release: 32 Months.

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant participate in a mental health program, to include anger management or similar alternatives to violence programming, at the discretion and direction of the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant shall not possess or consume alcohol for the duration of the supervised release term.

- That the defendant shall inform his probation officer of all physicians that he has contact with and all prescriptions associated with the offender whether in his name or another person.

Mittimus stayed until 5/5/08.

Defendant to self surrender @ 10:00 a.m. 5/5/08 at FDC Honolulu.

Defendant to remain under supervision by the Probation Office until 5/5/08.

Defendant advised of his right to appeal.

Submitted by: Toni Fujinaga, Courtroom Manager.

Case 1:03-cr-00318-SOM    Document 57    Filed 04/14/2008    Page 3 of 3